UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x
:
ANTHONY KEITH COOK,                             :
:
                     Plaintiff,       :       13-cv-1946 (TPG) (RLE)
:
         -   against -               :       **OPINION & ORDER**
:
ACTING COMMISSIONER                             :
CAROLYN W. COLVIN,                              :
:
                    Defendant.       :
:
------------------------------------------------x

      On September 26, 2015, Magistrate Judge Ronald L. Ellis issued a Report and Recommendation recommending that plaintiff counsel's motion for an order seeking fees pursuant to 20 U.S.C. § 2412(d)(1)(A) and 31 U.S.C. § 1304 be granted. Having received no objections, and finding Judge Ellis's decision to be correct and appropriate, the court hereby adopts the Report and Recommendation. The Clerk of Court is directed to grant plaintiff counsel's motion for fees.

SO ORDERED.

Dated: New York, New York
       November 10, 2015

THOMAS P. GRIESA
U.S. District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/10/15